INHABITANTS OF THE CITY OF PLAINFIELD, RESPOND- ENT, v. FRANK L. CLEARY, JUDGE, ET AL., APPELLANTS.

Argued February 7, 1934—Decided May 4, 1934.

For the respondent, *William Newcorn.*

For the appellants, *Dolliver & Feaster, Horace E. Bunker* and *Codington, Blatz & Smalley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, VAN BUSKIRK, HETFIELD, DEAR, DILL, JJ. 7.

*For reversal*—HEHER, PERSKIE, KAYS, WELLS, JJ. 4.

*For reversal in part*—PARKER, LLOYD, JJ. 2.